CELIA URSANER, Appellant, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Respondent.

Argued May 26, 1949; decided July 19, 1949.

*Albert A. Du Pont, Stephen J. Masse* and *Abraham Gruber* for appellant.

*David R. Crow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.